# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| JACKIE HAM | ) Case No: 96-cr-00029 |
| | ) USM No: 05689-068 |
| Date of Previous Judgment: 04/04/1997 | ) ELISA A. LONG, ESQUIRE |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __210__ months **is reduced to** __TIME SERVED__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 36 | Amended Offense Level: | 34 |
| Criminal History Category: | II | Criminal History Category: | II |
| Previous Guideline Range: | 210 to 262 months | Amended Guideline Range: | 168 to 210 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

THE REDUCED SENTENCE RESULTS IN A SENTENCE ABOVE THE TIME MR. HAM HAS ALREADY SERVED.

Except as provided above, all provisions of the judgment dated __04/04/1997__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 11/8/08

Judge's signature

Effective Date: _____
(if different from order date)

GARY L. LANCASTER, U.S. DISTRICT JUDGE
Printed name and title